UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLST NORTHSTAR, LLC; AND BLST RECEIVABLES & SERVICING, LLC,<br><br>Petitioners,<br><br>v.<br><br>ATALAYA CAPITAL MANAGEMENT LP; AND BB ALLIUM LLC,<br><br>Respondents. | Misc. No. 24-msc-_____<br><br>(United States District Court for the District of Minnesota, *BLST Northstar, LLC et al v. Santander Consumer USA, Inc*., Case No. 22-cv-2210 (WMW-DJF)) |

### PETITIONERS' MOTION TO COMPEL ATALAYA CAPITAL MANAGEMENT LP AND BB ALLIUM LLC TO COMPLY WITH SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45, Petitioners BLST Northstar, LLC and BLST Receivables & Servicing, LLC (collectively "Bluestem") respectfully move for an order compelling Respondents Atalaya Capital Management LP and BB Allium LLC (collectively, "Atalaya") to comply with the subpoenas served on them by Bluestem on February 6, 2023 in connection with *BLST Northstar, LLC et al v. Santander Consumer USA, Inc*., Case No. 0:22-cv-02210 (WMW/DJF) (D. Minn.).

Bluestem has conferred with Atalaya in a good-faith attempt to obtain the requested documents without the Court's intervention. Despite Bluestem's reasonable request for relevant documents, Atalaya has confirmed that it has identified and is withholding approximately 220 non-privileged, documents responsive to the subpoenas served on February 6, 2023. Atalaya objects to the production of these documents on the basis of relevancy and that the information is confidential and proprietary material.

Bluestem disagrees with each of these objections and respectfully moves the Court for (i) an order compelling Atalaya to comply with the subpoenas; (ii) costs and fees associated with this motion; (iii) any such other and further relief that the Court deems just and equitable.

|  |  |
|---|---|
| Dated: February 12, 2024<br>New York, New York | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>By:  /s/ Owen Roberts<br>Owen Roberts<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br><br>Owenroberts@quinnemanuel.com<br><br>*Attorneys for BLST Northstar, LLC and BLST Receivables & Servicing, LLC* |